IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAHONING & TRUMBULL COUNTY BUILDING TRADES INSURANCE FUND | ) ) ) | CASE NO.: 4:04CV2391 |
| | ) | JUDGE: PETER C. ECONOMUS |
| Plaintiff | ) | |
| -vs- | ) ) | |
| MID-STATES PAINTING CO., INC. | ) ) | ORDER |
| Defendant | ) | |

This matter is before the Court upon the Notice of Due Diligence with attached Affidavit filed on behalf of Plaintiff, Mahoning & Trumbull County Building Trades Insurance Fund. Pursuant to Fed. R. Civ. P 4(e) and Ohio Civil Rule 4.3, Plaintiff has demonstrated due diligence in its efforts to serve the Amended Complaint on Defendant, and, therefore, service on Defendant was complete on April 22, 2005.

IT IS SO ORDERED.

s/Peter C. Economus - 4/25/05
_____
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE